

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

      The Government respectfully writes to request, with consent from both defendants, that the Court set an initial pretrial conference in the above-captioned matter for June 6, 2022 at 2:30 p.m. Should the Court grant this request, the parties also request that the time until the initial conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Thane Rehn
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-2354/-6522

> Granted. The initial conference is scheduled for June 6, 2022, at 2:30 pm in courtroom 706 of 40 Foley Square. The Court hereby excludes time through June 6, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:
> May 31, 2022

_____
J. PAUL OETKEN
United States District Judge