*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to request, on behalf of all parties in the above-captioned matter, that the Court adjourn the pretrial motion schedule to the following dates:

    Pretrial Motions due by November 4, 2022
    Oppositions due by November 18, 2022
    Replies due by December 2, 2022
    Pretrial Conference to be set by the Court

Should the Court grant this request, the parties also request that the time until the pretrial conference be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) & (7)(A).

> The parties' proposed schedule for the filing of pretrial motions is hereby adopted. The next pretrial conference is scheduled for December 21, 2022 at 3:00 pm. The Court hereby excludes time through December 21, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered:  September 8, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Sarah Mortazavi
Thane Rehn
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-2520/-2354/-6522

_____
J. PAUL OETKEN
United States District Judge