

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)**

Dear Judge Oetken:

      The Government respectfully writes after conferring with defense counsel to propose a briefing schedule for pre-trial motions in the above-captioned matter. The parties jointly propose that the Court enter the following deadlines:

Pre-trial motions due by February 24, 2023
Oppositions due by March 17, 2023
Replies due by March 31, 2023

      The parties further propose that the Court set a date for trial in late October or early November, in light of defense counsel's trial schedule.

> The schedule for the filing of pretrial motions proposed herein is hereby adopted.
> The jury trial is hereby scheduled for **October 23, 2023** with jury selection to begin at 9:30 am on that date.
> The final pretrial conference is scheduled for **October 11, 2023** at 2:30 pm.
> Any motions in limine shall be filed by **September 27, 2023**. Responses to motions in limine, proposed voir dire, proposed jury charges, and a joint description of the case for purposes of jury selection shall be filed by **October 4, 2023**.
> The Court excludes time through October 23, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  12/1/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

          /s/
_____
Sarah Mortazavi
Thane Rehn
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-2520/-2354/-6522

_____
    J. PAUL OETKEN
  United States District Judge