

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mfsllp.com

March 8, 2023

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Costanzo Jr. and Recio, 22-cr-281 (JPO)

Dear Judge Oetken:

    This letter is respectfully submitted on behalf of defendant John Costanzo Jr. to request leave to file under seal – pursuant to the terms of the protective order (ECF No. 19) – all references to sensitive disclosure materials and exhibits pertinent to his forthcoming pretrial motions due March 13, 2023. The government assents to this request.

Respectfully submitted,

 /s/ Stephanie Guaba
Stephanie Guaba

Granted.
So ordered.
 3/13/2023

_____
J. PAUL OETKEN
United States District Judge