

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

      The Government writes pursuant to this Court's Individual Practices in Criminal Cases, and the Protective Order entered in the above-captioned case to request sealing of an unredacted document. (*See* Dkt. No. 19). Specifically, the Government respectfully requests that the unredacted version of the Government's Opposition to the Defendants' Motions to Suppress and Dismiss, submitted to the Court and the defendants by email, be filed under seal in accordance with the Protective Order governing the public disclosure of matters germane to this prosecution. A redacted version of the filing has been filed on the public docket.

Granted.
So ordered.
 4/21/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
Sarah Mortazavi
Thane Rehn
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-2520/-2354/-6522

J. PAUL OETKEN
United States District Judge

cc: All counsel (by ECF)