# Exhibit A

FD-1057 (Rev. 5-8-10)

CONFIDENTIAL

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Taint Review re: mannyarecio@yahoo.com Search Warrant Return  **Date:** 10/18/2019

**From:** NEW YORK
  NY-C4
  **Contact:** HARPER CHRISTOPHER GRAY, 212-384-3476

**Approved By:** SSA MATTHEW BRIAN TAYLOR

**Drafted By:** HARPER CHRISTOPHER GRAY

**Case ID #:** ▮▮▮▮▮▮▮▮  (U) Sunshine Cleaning; Corruption of Federal Public Officials; Sensitive Investigative Matter (SIM)
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U) This is to document taint review procedures for the mannyarecio@yahoo.com email search warrant.

**Details:**

This EC is to document the taint review procedures for the mannyarecio@yahoo.com email search warrant.

On or about 10/11/2019 SA Harper received a production from OATH/Yahoo in reference to search warrant 19 MAG 8847.

On 10/16/19, after receiving verbal concurrence from AUSA Nathan Rehn, in order to avoid the possibility of case agents viewing any privileged material contained within this production of emails, SA Katrina Laperuta performed an initial review of the email production prior to the case agents.

SA Laperuta performed key word searches for JOHN COSTANZO, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮,

UNCLASSIFIED


**UNCLASSIFIED**

Title:  (U) Taint Review re: mannyarecio@yahoo.com Search Warrant Return
Re:   58A-NY-3128825, 10/18/2019

████████, and ████████. These individuals are active DEA agents.

The result of the search indicated there were two emails exchanged between RECIO and COSTANZO on 9/3/19 and 10/23/18. No other responsive emails were found. SA Laperuta determined these were not privileged communications. These two emails were then viewed and read by SA Harper on 10/16/19.

♦♦

**UNCLASSIFIED**

2