# EXHIBIT M

**DOCUMENT FILED UNDER SEAL PURSUANT TO
SEPTEMBER 8, 2023 PROTECTIVE ORDER (ECF NO. 109)**