UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN COSTANZO JR. and<br>MANUEL RECIO,<br><br>Defendants. | Case No. 22 Cr. 281 (JPO) |

**PRIVACY ACT ORDER**

The Court enters this Privacy Act Order, upon the agreement of the parties hereto, for the purposes of facilitating the disclosure of information that otherwise would be prohibited from disclosure under the Privacy Act of 1974, 5 U.S.C. § 552a (the "Privacy Act"). The Court, having found that good cause exists for entry of this Privacy Act Order, HEREBY ORDERS:

1. Pursuant to 5 U.S.C. § 552a(b)(11), this Order authorizes the United States Drug Enforcement Administration to produce information that otherwise would be prohibited from disclosure under the Privacy Act without presenting Privacy Act objections to this Court for a decision regarding disclosure. To the extent the Privacy Act allows the disclosure of information pursuant to a court order, this Order constitutes such a court order and authorizes the disclosure of that information. However, nothing in this paragraph shall require production of information that is prohibited from disclosure (even with the entry of this Order) by other applicable privileges, statutes, regulations, or authorities.

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
      October 9, 2023

*/s/ Marc L. Mukasey*
MARC L. MUKASEY

MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
Tel: (212) 466-6400
marc.mukasey@mfsllp.com

*Counsel for John Costanzo, Jr.*

Dated: Miami, Florida
      October __, 2023

*Ronald Gainor*
RONALD GAINOR

GAINOR & DONNER
3250 Mary Street, Suite 405
Miami, Florida 33133
Tel: (305) 537-2000
gainorlaw@gmail.com

*Counsel for Manuel Recio*

Dated: New York, New York
      October __, 2023

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

*Attorney for Drug Enforcement Administration*

By: */s/ Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2695
jeffrey.oestericher@usdoj.gov

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

Dated: October 10, 2023