

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

    The Government writes, with consent of the defendants, to request the following schedule for post-trial motions in the above-captioned matter:

- January 16, 2024 – post-trial motions due
- February 27, 2024 – opposition due

    The parties further request a sentencing date in late April 2024 for both defendants to accommodate the trial schedule of counsel for Costanzo. Should either counsel have a conflict arise in late April, the parties will notify the Court.

                                                    Respectfully submitted,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

                By:     /s/ Sheb Swett
                           Mathew Andrews
                           Emily Deininger
                           Sheb Swett
                           Assistant United States Attorneys
                           Southern District of New York
                           (212) 637-6526/-2472/-6522

cc:  All counsel (by ECF)