

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

The Government writes, with consent of the defendants, to request the following schedule for post-trial motions in the above-captioned matter:

- January 16, 2024 – post-trial motions due
- February 27, 2024 – opposition due

The parties further request a sentencing date in late April 2024 for both defendants to accommodate the trial schedule of counsel for Costanzo. Should either counsel have a conflict arise in late April, the parties will notify the Court.

> Granted.
> The schedule for the filing of post-trial motions proposed herein is adopted.
> Sentencing as to Mr. Costanzo is set for April 24, 2024 at 10:30 am.  Sentencing as to Mr. Recio is set for April 24, 2024 at 11:00 am.  Defendants' sentencing submissions are due by April 10, 2024, and the government's by April 17, 2024.
> So ordered.
> 11/17/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Sheb Swett*
Mathew Andrews
Emily Deininger
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-6526/-2472/-6522

_____
J. PAUL OETKEN
United States District Judge