

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mfsllp.com

December 6, 2023

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: United States v. Costanzo, Jr. and Recio, 22 Cr. 281 (JPO)

Dear Judge Oetken,

  This letter is respectfully submitted on behalf of defendant John Costanzo, Jr. to request that the Court's Opinion and Order dated July 17, 2023, be unsealed and docketed on the public record. The government assents to this request.

            Respectfully submitted,

             /s/ Stephanie Guaba
             Stephanie Guaba

> Granted. The Court's sealed opinion dated July 17, 2023 is hereby UNSEALED.
> So ordered.
> 12/6/2023

_____
J. PAUL OETKEN
United States District Judge