UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN COSTANZO JR. and<br>MANUEL RECIO,<br><br>                   Defendants. | Case No. 22-CR-281 (JPO) |

### ORDER GRANTING NON-PARTIES DAVID MACEY AND LUIS GUERRA'S JOINT MOTION TO INTERVENE

Upon consideration of Non-Parties David Macey and Luis Guerra's Joint Motion to Intervene, and good cause appearing therefor, it is hereby:

**ORDERED** that David Macey and Luis Guerra's Motion is **GRANTED**; and it is further

**ORDERED** that any Opposition to the Government's Motion to Apply the Crime Fraud Privilege Exception to be filed by David Macey, Luis Guerra and/or Manuel Recio shall be filed on or before February 19, 2024; and it is further

**ORDERED** that the Government shall file any Reply in further support of its Motion to Apply the Crime Fraud Privilege Exception within one week of the last-filed Opposition thereto.

**SO ORDERED.**

Dated: 2/9/2024

_____
J. PAUL OETKEN
United States District Judge