

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mukaseylaw.com

March 15, 2024

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Costanzo, Jr. and Recio, 22-cr-281 (JPO)**

Dear Judge Oetken:

    This letter is respectfully submitted on behalf of defendant John Costanzo, Jr. to request permission to travel from his home in the Southern District of Florida to the Middle District of Florida to accompany his nephew to a soccer tournament in Bradenton, Florida from March 22, 2024 through March 24, 2024. Mr. Costanzo is currently on a $30,000 unsecured bond with travel restricted to SDNY, EDNY, SDFL, EDVA, DDC, and DMD and points in between for travel only. ECF 9.

    Pretrial Services does not object to this request. The government defers to Pretrial Services. Thank you for your consideration of this submission.

    Respectfully submitted,

    /s/ Stephanie Guaba
    Stephanie Guaba

Cc:    All counsel (via ECF)
       Pretrial Services Officer Nora Heredia-Burgos (via Email)