# MUKASEY YOUNG LLP

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mukaseylaw.com

> Granted.
> Defendant John Costanzo, Jr.'s bond is hereby discharged and his passport shall be returned to defense counsel.
>   So ordered.
>   9/19/2024

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

_____
J. PAUL OETKEN
United States District Judge

Re:   *United States v. John Costanzo, Jr.*, 22-cr-281 (JPO) – Motion to Release Bond and Travel Documents, and Satisfaction of Judgment

Dear Judge Oetken:

This letter is respectfully submitted on behalf of defendant John Costanzo, Jr. to request the release from any and all bond obligations, return of his travel documents, and the entry of the enclosed Satisfaction of Forfeiture/Money Judgment (Exh. A). On May 20, 2022, Magistrate Judge Barbara C. Moses entered an Order Setting Conditions of Release ("Bail Order") that ordered Mr. Costanzo's release subject to a $30,000 unsecured Personal Recognizance Bond and required that he surrender all travel documents to Pretrial Services (ECF 9). On April 24, 2024, this Court sentenced Mr. Costanzo to imprisonment for a term of 48 months followed by supervised release for a term of 3 years (ECF 244), and ordered the Forfeiture/Money Judgment in the amount of $98,250 (ECF 242). Mr. Costanzo surrendered for service of sentence to the Bureau of Prisons on July 22, 2024, and has satisfied all the terms and conditions of the Bail Order. On September 10, 2024, the government issued the enclosed Satisfaction of Forfeiture/Money Judgment.

For the foregoing reasons, Mr. Costanzo respectfully requests that the Court enter an Order directing the release of his bond obligations and return of his travel documents to defense counsel, and enter the enclosed Satisfaction of Forfeiture/Money Judgment. The government does not object to this request. Thank you for your consideration of this submission.

Respectfully submitted,

 /s/ Stephanie Guaba
Stephanie Guaba

The Hon. J. Paul Oetken
September 18, 2024
Page 2

Cc:   All counsel (via ECF)
      Pretrial Services (via Email)

# EXHIBIT A

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: SHEB SWETT
    EMILY DEININGER
    MATHEW ANDREWS
26 Federal Plaza
New York, New York 10278
Tel.: (212) 637-6526/-2472/-6522

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :   SATISFACTION OF FORFEITURE
        - v. -                                                     :   MONEY JUDGMENT
                                                                   :
JOHN COSTANZO JR.,                                                 :   22 Cr. 281 (JPO)
                                                                   :
                Defendant.                                         :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        The United States of America hereby acknowledges full satisfaction of the forfeiture money judgment entered against John Costanzo, Jr. on April 24, 2024 pursuant to the Preliminary Order of Forfeiture/Money Judgment in the above-referenced matter (Docket # 242).

Dated: New York, New York
        September 10, 2024

                                                                       _____
                                                                       SHEB SWETT
                                                                       EMILY DEININGER
                                                                       MATHEW ANDREWS
                                                                       Assistant United States Attorneys