UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                    Plaintiff,

-v-

JOHN COSTANZO JR. and MANUEL RECIO,
                    Defendants.

22-CR-281 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the Second Circuit's decision in *United States v. Costanzo*, 24-1310-cr (L), dated September 12, 2025, the parties are directed to file a joint letter on or before December 4, 2025 proposing further proceedings.

    SO ORDERED.

Dated: November 13, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge